Argued and submitted February 11, reversed and remanded for reconsideration October 30, 1991

In the Matter·of the Compensation of
David A. Rust, Claimant.
ROSEBURG FOREST PRODUCTS
and Wausau Insurance Co.,
*Petitioners,*

*v.*

David A. RUST,
*Respondent.*

(WCB 88-07385, 88-07384; CA A64738)

818 P2d 1302

Adam Stamper, Medford, argued the cause for petitioners. On the brief was Kimberly D. Wallan, Medford.

Joyce Schiro, Eugene, argued the cause for respondent. With her on the brief was Johnson, Cram & Harder, Eugene.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).

---

* Joseph, C. J., *vice* Newman, J., deceased.